GEORGIA RAILROAD COMPANY *et al. v.* JOHNSON.

SIMMONS, C. J.   Articles which are perishable in their nature, such as fruit, etc., are not baggage when placed in his trunk by a passenger on a railroad to be transported.   If, therefore, the fruit rots, because of long delay in delivering the trunk, and injures the clothing in the trunk, the railroad company is not liable for the injury sustained.

> *Judgment reversed.   All the Justices concurring.*

Argued May 2, — Decided May 24, 1901.

Case — certiorari.   Before Judge Hart.   Morgan superior court. September 6, 1900.

The plaintiff, having bought a ticket, became a passenger on the defendant's train from Madison to Atlanta, and caused her trunk to be checked to that place.   On her arrival there she presented the check for the trunk to the defendant's agents, and was informed that the trunk was not there.   Afterwards she presented the check from time to time, but failed to get the trunk until about two months had elapsed; and when finally she received it certain articles of clothing therein had been ruined by the decaying of about a dozen apples which were in the trunk.   She alleged that the delay in delivering the trunk was due to the defendant's negligence, and laid damages at $21.35 as the value of the clothing so ruined. She obtained a verdict for $12, which was sustained on certiorari.

*Joseph B. & Bryan Cumming* and *Foster & Butler,* for plaintiff in error.   *Percy Middlebrooks,* contra.